# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

Thursday, December 1, 2016

No. 16–0711/AF. U.S. v. Michael J.D. Briggs. CCA 38730. On consideration of the issue raised by the Appellant on October 31, 2016, in the separate appendix pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that the petition for grant of review of the above-referenced *Grostefon* issue is hereby denied. The Court will consider the case only on the issues granted review on October 19, 2016.